FILED

03/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0543

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 23-0543

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

AVA HICKMAN,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 10, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 4 2024